| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>WARREN S. JONES, JR., ESQUIRE<br>Bar #16294<br>Law Offices of Warren S. Jones, Jr., LLC<br>1 Trinity Lane<br>Mount Holly, NJ 08060<br>(609) 261-8400 | |
|---|---|
| | Order Filed on December 8, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br>   Eric C. Van Laarhoven<br>   Sally Van Laarhoven<br><br>   Debtor(s) | Case No.: 12-12503<br><br>Chapter: 13<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: **Christine M. Gravelle** |

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☑ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

| Recommended Local Form:   ☑ Followed   ☐ Modified |
|---|

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 8, 2016**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER:** THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
    Location (Street Address):    24 Rockland Terrace
    Lumberton, NJ 08048

4. Description of Mortgage/Judgment Lien:
    a. Original Mortgagee/Lienholder: Capital One Home Loans, LLC

    b. Current Assignee: Bank Of America, N.A.

    c. Current Servicer: Bank Of America, N.A.

    d. Date of Mortgage/Lien: 8/22/07

    e. Date of Recordation: September 20, 2007

    f. Place of Recordation: Burlington County Clerk's Office

        i. Mortgage Book: ER 19
        ii. Page: 603

    g. Original Principal Balance of Mortgage/Lien: $85,300.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.