| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>WARREN S. JONES, JR., ESQUIRE<br>Bar #16294<br>Law Offices of Warren S. Jones, Jr., LLC<br>1 Trinity Lane<br>Mount Holly, NJ  08060<br>(609) 261-8400<br><br>In re:<br>    Eric C. Van Laarhoven<br>    Sally Van Laarhoven<br><br>    Debtor(s) | Order Filed on December 8, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| Case No.: | 12-12503 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | **Christine M. Gravelle** |

**CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:**

☒ **MORTGAGE**   ☐ **LIEN**   ☐ **OTHER (specify)** _____

| Recommended Local Form:   ☒   Followed   ☐ Modified |
|---|

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 8, 2016**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

<u>NOTE TO RECORDING OFFICER</u>: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
    Location (Street Address):    24 Rockland Terrace
                                  Lumberton, NJ 08048

4. Description of Mortgage/Judgment Lien:
    a. Original Mortgagee/Lienholder: Capital One Home Loans, LLC

    b. Current Assignee: Bank Of America, N.A.

    c. Current Servicer: Bank Of America, N.A.

    d. Date of Mortgage/Lien: 8/22/07

    e. Date of Recordation: September 20, 2007

    f. Place of Recordation: Burlington County Clerk's Office

        i. Mortgage Book: ER 19
        ii. Page: 603
    g. Original Principal Balance of Mortgage/Lien: $85,300.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

United States Bankruptcy Court
District of New Jersey

In re:  
Eric C. Van Laarhoven  
Sally M. Van Laarhoven  
     Debtors

Case No. 12-12503-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 1            Date Rcvd: Dec 12, 2016
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2016.
db/jdb          +Eric C. Van Laarhoven,   Sally M. Van Laarhoven,   24 Rockland Terrace,    Lumberton, NJ 08048-3082

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2016 at the address(es) listed below:
        Albert   Russo    docs@russotrustee.com
        Amy L. SantaMaria    on behalf of Creditor   Bank of America, N.A. by its servicer Green Tree Servicing LLC asantamaria@kaplaw.com
        Brian C. Nicholas    on behalf of Creditor   GMAC Mortgage, LLC (successor by merger to GMAC Mortgage Corp.) bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Steven K. Eisenberg    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkecf@sterneisenberg.com,   jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
        Warren S. Jones, Jr.    on behalf of Debtor Eric C. Van Laarhoven wsjonesesq@verizon.net,   bestcasewsj@gmail.com
        Warren S. Jones, Jr.    on behalf of Joint Debtor Sally M. Van Laarhoven wsjonesesq@verizon.net,   bestcasewsj@gmail.com
                                                                                                                                TOTAL: 6